AUSA

FILED
AUG 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8750

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Juan Manuel ELIZONDO Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about August 19, 2008, within the Southern District of California, defendant Juan Manuel ELIZONDO did knowingly and intentionally import approximately 51.22 Kilograms (112.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 20th DAY OF AUGUST, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Manuel ELIZONDO

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On August 19, 2008, Juan Manuel ELIZONDO entered the United States at the Calexico, California West Port of Entry. ELIZONDO was the driver and sole occupant of a 1962 Ford Ranchero registered in his name. Customs and Border Protection Officer (CBPO) D. Pizano conducted a primary inspection on ELIZONDO and the vehicle. CBPO Pizano received a negative Customs declaration from ELIZONDO. ELIZONDO told CBPO Pizano that he had travelled into Mexico to do some repairs on the vehicle. CBPO Pizano observed that the vehicle contained a compartment in the bed of the vehicle leading toward the cabin. CBPO Pizano checked the cabin of the vehicle and did not see the compartment. He asked ELIZONDO about the compartment and ELIZONDO stated that the compartment had been sealed. CBPO Pizano referred ELIZONDO and the vehicle to the secondary inspection area for further inspection.

CBPO Tubbs encountered ELIZONDO and the vehicle in the vehicle secondary area. CBPO Tubbs received a negative Customs declaration from ELIZONDO. He asked ELIZONDO who the vehicle belonged to and ELIZONDO stated that it was his vehicle. He said that his nephew had given it to him as a gift approximately two weeks earlier. CBPO Tubbs knew that the vehicle should contain a natural compartment

behind the front seats. When he looked behind the front seats he saw carpet covering what he knew should have been an open space.

CBPO Tubbs requested that Canine Enforcement Officer (CEO) Waters use his Narcotic Detector Dog (NDD) to sweep the vehicle. CEO Waters conducted a sweep of the vehicle with his NDD. The NDD alerted to the area behind the front seats of the vehicle, indicating the presence of the odor of a controlled substance in that area.

A further search of the vehicle resulted in the discovery of 24 packages concealed within the vehicle's natural compartment. The packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 51.22 Kilograms (112.68 pounds).

Special Agent (SA) Struckmeyer responded to the Port of Entry and interviewed ELIZONDO. ELIZONDO told SA Struckmeyer that he received the vehicle as a gift from his nephew's friend, although he did not know the name of his nephew's friend. After making this statement, ELIZONDO made no further statements.

Documents found inside the vehicle indicate that ELIZONDO purchased the vehicle from an auto dealership in Mexicali, Baja California, Mexico named Barney Automotriz on August 15, 2008 for $1,000.